IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RYAN MENDEZ, :
    Plaintiff, :
: Civil Action No. 3:14-cv-1651
v. :
: (Judge Mariani)
J. THOMAS, et al., :
    Defendants. :

## ORDER

**AND NOW**, this 29th day of September, 2015, upon consideration of Defendants' motion (Doc. 19) to dismiss or, in the alternative, for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 19) to dismiss the complaint for failure to exhaust administrative remedies is **GRANTED**.

2. The complaint against John Doe corrections officers 1, 2, and 3 is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See FED. R. CIV. P. 4(m).

3. All other pending motions are **DISMISSED**. (Doc. 39).

4. The Clerk of Court is directed to **CLOSE** this action.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                                                                  Robert D. Mariani
                                                                                 United States District Judge